1  Mark C. Goodman (State Bar No. 154692)
   Robert J. Guite (State Bar No. 244590)
2  SQUIRE, SANDERS & DEMPSEY L.L.P.
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111
   Telephone:   (415) 954-0200
4  Facsimile:   (415) 393-9887
   Email:       mgoodman@ssd.com
5               rguite@ssd.com

6  Attorneys for Defendant
   PETSMART, INC.
7
   James M. Lindsay, Esq. (State Bar No. 164758)
8  LINDSAY LAW CORPORATION
   21 Natoma Street, Suite 160
9  Folsom, CA  95630
   Telephone:   (916) 294-7573
10 Facsimile:   (925) 294-7583
   Email:       jlindsay@lindsaylawcorporation.com
11
   Attorneys for Plaintiff
12 PAULA HAUG

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                           SACRAMENTO DIVISION

16

17 | PAULA HAUG, on behalf of herself and  | CASE NO. 2:10-cv-00990-MCE-KJM
   | all others similarly situated,,       |
18 |                                       | **STIPULATION AND ORDER EXTENDING
   |              Plaintiffs,              | TIME FOR PARTIES TO SUBMIT JOINT
19 |                                       | STATUS REPORT AND DISCOVERY PLAN**
   |      vs.                              |
20 |                                       |
   | PETSMART, INC., a Delaware            |
21 | corporation; and DOES 1 through 50,   |
   | Inclusive,,                           |
22 |                                       |
   |              Defendants.              |
23

24
        Plaintiff Paula Haug ("Plaintiff")and Defendant PetSmart, Inc. ("PetSmart") by and
25
   through their respective undersigned counsel, hereby stipulate as follows:
26
        WHEREAS, the Order Requiring Joint Status Report, filed April 23, 2010, called for the
27
   Joint Status Report to be submitted within 60 days;
28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111

                                           1

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE JOINT STATUS
REPORT -- CASE NO. 2:10-cv-00990-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, Plaintiff's counsel asserts that he was unaware of the April 23, 2010 Order
2  and of the deadline to submit the Joint Status Report until he was contacted by PetSmart's
3  counsel on June 18;

4  WHEREAS, Plaintiff's counsel was unable to confer on June 21, 2010 regarding the
5  content of the Joint Status Report;

6  WHEREAS, counsel have not previously requested an extension of time to submit the
7  Joint Status Report; and

8  WHEREAS, counsel have agreed to confer and to submit the Joint Status report by July 2,
9  2010.

10  IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 21, 2010                SQUIRE, SANDERS & DEMPSEY, L.L.P.

By:  / s /  *Robert J. Guite*
         Robert J. Guite

Attorneys for Defendant
PETSMART, INC.

Dated: June 21, 2010                LINDSAY LAW CORPORATION

By:  / s /  *James M. Lindsay*
         James M. Lindsay

Attorneys for Plaintiff
PAULA HAUG

## **ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/ s /  *Robert J. Guite*
ROBERT J. GUITE

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California  94111

2

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE JOINT STATUS
REPORT -- CASE NO. 2:10-cv-00990-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the Joint Stipulation for the Extension of Time for Parties to File the Joint Status Report, and good cause shown,

IT IS HEREBY ORDERED that the parties may submit their Joint Status Report on or before July 2, 2010.

Dated: June 23, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

3

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE JOINT STATUS
REPORT -- CASE NO. 2:10-cv-00990-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com