Mark C. Goodman (State Bar No. 154692)
Robert J. Guite (State Bar No. 244590)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111
Telephone:   (415) 954-0200
Facsimile:    (415) 393-9887
Email:          mgoodman@ssd.com
                    rguite@ssd.com

Attorneys for Defendant
PETSMART, INC.

James M. Lindsay, Esq. (State Bar No. 164758)
LINDSAY LAW CORPORATION
21 Natoma Street, Suite 160
Folsom, CA  95630
Telephone:   (916) 294-7573
Facsimile:    (925) 294-7583
Email:          jlindsay@lindsaylawcorporation.com

Attorneys for Plaintiff
PAULA HAUG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAULA HAUG, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>PETSMART, INC., a Delaware corporation; and DOES 1 through 50, Inclusive,<br><br>  Defendants. | CASE NO. 2:10-cv-00990-MCE-KJM<br><br>**STIPULATION AND ORDER REGARDING MEDIATION AND ISSUANCE OF SCHEDULING ORDER** |

Plaintiff Paula Haug ("Plaintiff") and Defendant PetSmart, Inc. ("PetSmart"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS Plaintiff and PetSmart have agreed to proceed to mediation before the Honorable Laurence Kay, (Ret.) on or before October 30, 2010;

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111

1

Stipulation and [Proposed] Order Regarding
Mediation and Issuance of Scheduling Order
Case No. 2:10-cv-00990-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, Plaintiff and PetSmart submitted their Joint Status Report and Discovery
2  Plan on July 2, 2010 and this Court has not yet entered a scheduling order in this matter;
3  WHEREAS, the date that PetSmart proposed that Plaintiff would file her motion for class
4  certification would pass before the parties have the opportunity to complete mediation;
5  WHEREAS, Plaintiff and PetSmart reported to this Court in paragraph XII of the Joint
6  Status Report and Discovery Plan that they were "considering early mediation and may request
7  modification of the dates in this joint status report to allow for an alternative dispute resolution
8  process[;]"
9  WHEREAS, Plaintiff and PetSmart have now agreed to proceed to mediation and seek to
10 suspend the deadline for Plaintiff to file a motion for class certification so as to minimize burden
11 and expense; and
12 WHEREAS, Plaintiff and PetSmart agree that all pretrial deadlines should be stayed, and
13 no scheduling order should issue, until the parties report to the Court that they have concluded
14 that the mediation has failed; but if the mediation process has not resulted in a preliminary
15 settlement by December 15, 2010, the parties shall submit a revised Joint Status Report and
16 Discovery Plan by December 22, 2010.
17 IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 11, 2010         SQUIRE, SANDERS & DEMPSEY, L.L.P.

                               By:  / s /  *Robert J. Guite*
                                    Robert J. Guite

                               Attorneys for Defendant
                               PETSMART, INC.

Dated: August 11, 2010         LINDSAY LAW CORPORATION

                               By:  / s /  *James M. Lindsay*
                                    James M. Lindsay

                               Attorneys for Plaintiff
                               PAULA HAUG

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

2

Stipulation and [Proposed] Order Regarding
Mediation and Issuance of Scheduling Order
Case No. 2:10-cv-00990-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/ s / *Robert J. Guite*
ROBERT J. GUITE

## ORDER

Pursuant to the parties' stipulation, and good cause shown,

IT IS HEREBY ORDERED that based on Plaintiff and PetSmart's agreement to proceed to mediation that that all discovery and pretrial deadlines shall be stayed, and no scheduling order shall issue until the parties report to the Court that they have concluded that the mediation has failed; and it is further

IT IS FURTHER ORDERED that if no preliminary settlement is agreed to by December 15, 2010, the parties shall submit a revised Joint Status Report and Discovery Plan by December 22, 2010.

IT IS FURTHER ORDERED that during the pendency of the stay, the Clerk is directed to remove this case from the active list.

Dated: August 18, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

3

Stipulation and [Proposed] Order Regarding
Mediation and Issuance of Scheduling Order
Case No. 2:10-cv-00990-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com