LINDSAY LAW CORPORATION
21 Natoma Street, Suite 160
Folsom, California 95630

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA HAUG, on behalf of herself and all others similarly situated, | **CASE NO.: 2:10-cv-00990-MCE-CKD** |
| Plaintiffs, | **FINAL ORDER APPROVING CLASS ACTION SETTLEMENT** |
| vs. | |
| PETSMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | Date: October 6, 2011<br>Time: 2:00 p.m. |
| Defendants. | Place: Courtroom 7, 14th Floor<br>Judge: Honorable Morrison C. England, Jr. |

Plaintiff Paula Haug's motion for final approval of the class action settlement came on regularly for hearing on October 6, 2011. This Court reviewed the motion and the supporting papers, including the Settlement Agreement and Release ("Agreement"), and heard the arguments of Counsel. No objections to the class action settlement were filed or presented to the Court by any Class Member. Moreover, no opposition to the motion itself was made. Pursuant to Eastern District Local Rule 230(h), the matter was deemed appropriate for decision on the papers without oral argument. Based on its review of the settlement and the findings below, the Court finds good cause to grant the motion.

///
///
///
///

**FINDINGS:**

1. The Agreement is fair, reasonable, and adequate.

2. The Parties adequately performed their obligations under the Agreement.

3. Defendant PetSmart, Inc. ("PetSmart" or "Defendant") provided notice to Class Members in compliance with Paragraph 3.2 of the Agreement, and the notice satisfied due process and Rule 23(e) of the Federal Rules of Civil Procedure. The notice: (i) fully and accurately informed Class Members about the lawsuit and settlement, (ii) provided sufficient information so that Class Members were able to decide whether to accept the benefits offered, opt out and pursue their own remedies, or object to the proposed settlement; (iii) provided procedures for Class Members to file written objections to the proposed settlement; and (iv) provided the time, date and place of the final fairness hearing.

4. An award to Class Counsel of $190,000 for attorneys' fees, costs and expenses is fair and reasonable in light of the nature of the case, work performed, Class Counsel's experience, and the benefits obtained for the Class.

5. An incentive award to Plaintiff Paula Haug of $10,000 is fair and reasonable in light of Plaintiff's risks (including financial, professional, and emotional) in commencing this action as the Class Representative, the time and effort spent by Plaintiff in litigating this action as the Class Representative, and Plaintiff's public interest service.

**IT IS ORDERED THAT:**

1. **Class Members.** The Class Members are defined as: All persons who engaged in a credit card transaction in a California PetSmart store during the period of March 15, 2009 through the present and from whom PetSmart requested and recorded personal identification information at the point of sale in a format other than on a PetPerks enrollment form or application."

///

///

///

///

2. **Binding Effect of Order.**  This Order applies to all claims or causes of action settled under the Agreement, and binds all Class Members, including those who did not properly request exclusion under Paragraph 7 of the Preliminary Approval of Class Settlement and Provisional Class Certification Order.  Only four (4) persons properly requested to be excluded from the settlement.

3. **Release.**  Plaintiff and all Class Members are:  (1) deemed to have released and discharged Defendant from all claims arising out of or asserted in this action and claims released under the Agreement; and (2) barred and permanently enjoined from asserting, instituting, or prosecuting, either directly or indirectly, these claims.

4. **Class Relief.**  No later than thirty (30) calendar days after Final Judicial Approval, Defendant will issue a gift card in the amount of $438.60 to each Class Member who submitted a valid and timely claim form as provided in Paragraph 2.3 of the Agreement.

5. **Attorneys' Fees and Costs.**  Class Counsel is awarded $190,000.  Defendant must pay Class Counsel this amount according to the manner and timeline set forth in Paragraph 2.7 of the Agreement.

6. **Incentive Award.**  Plaintiff Paula Haug is awarded $10,000 as an incentive award.  Defendant must pay Plaintiff this amount according to the timeline set forth in Paragraph 2.6 of the Agreement.

7. **Court's Jurisdiction.**  Pursuant to the Parties' request, the Court will retain jurisdiction over this action and the Parties until final performance of the Agreement.

**The Clerk of Court is directed to enter judgment in accordance with this order and to close the file at this time.**

Dated: October 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE