LINDSAY LAW CORPORATION
21 Natoma Street, Suite 160
Folsom, California 95630

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA HAUG, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>vs.<br>PETSMART, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br>　　　　　　　　　　Defendants. | **CASE NO. 2:10cv00990-MCE-CKD**<br><br>**ORDER AWARDING ATTORNEYS' FEES, COSTS, EXPENSES AND INCENTIVE FEES**<br><br>Date:　October 6, 2011<br>Time:　2:00 p.m.<br>Place:　Courtroom 7, 14th Floor<br>Judge:　Honorable Morrison C. England, Jr. |

Plaintiff's Unopposed Motion for Award of Attorneys' Fees, Costs, Expenses and Incentive Fees came on regularly for hearing on October 6, 2011. Having reviewed the papers filed in connection with the motion and good cause appearing therefor, subject to the entry by the Court of a final order and judgment approving the settlement in this matter,

**IT IS HEREBY ORDERED THAT:**

1.　Class Counsel's request for an award of attorneys' fees, costs, and expenses in the agreed-upon amount of $190,000 is fair, appropriate, and reasonable in light of the effort and skill displayed by Class Counsel in litigating this case.

2.　The incentive award to Plaintiff Paula Haug in the amount of $10,000 is warranted in light of the risks and burdens borne by her throughout the litigation, in addition to her considerable effort.

///

3. The above payments are to be made by Defendant within the time established in the Parties' negotiated Settlement Agreement.

4. In the event the Court does not grant final approval of the settlement in this action and enter judgment accordingly, the findings contained herein shall be deemed null and void *ab initio*.

Dated: October 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, COSTS, EXPENSES AND INCENTIVE FEES